IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**FILED**
**January 22, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No: 3:21-MJ-059-B |
| DARRIN RUBEN LOPEZ | |

## UNITED STATES' MOTION TO UNSEAL

COMES NOW the United States of America, by and through Acting United States Attorney Prerak Shah and Assistant United States Attorney Rick Calvert, and respectfully requests that the Complaint, Affidavit, and all supporting documentation filed in this matter be unsealed.

Respectfully submitted,

PRERAK SHAH
United States Attorney
Northern District of Texas

*/s/ Rick Calvert*
RICK CALVERT
Assistant United States Attorney
1100 Commerce Street Suite 300
Dallas, Texas 75225
Telephone: 214.659.8675
Rick.calvert@usa.doj.gov

Motion to Unseal