IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. |
| DARRIN RUBEN LOPEZ | 3-21CR0122-M |

## INDICTMENT

The Grand Jury Charges:

### Count One
Transportation of a Firearm in Interstate or Foreign
Commerce with Intent to Commit a Felony Offense
(Violation of 18 U.S.C. § 924(b))

On or about October 8, 2020, in the Dallas Division of the Northern District of Texas and elsewhere, **Darrin Ruben Lopez**, the defendant herein, did knowingly and intentionally transport a firearm; to-wit: a Smith and Wesson Model 4506 .45 caliber handgun bearing serial number VAS0598 in interstate or foreign commerce with the intent to commit murder which is a felony offense punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. § 924(b).

**Indictment - Page 1**

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any of the offenses alleged in this indictment, and under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant, **Darrin Ruben Lopez**, shall forfeit to the United States of America the firearm and ammunition involved in or used in the knowing commission of the offense:

a Smith and Wesson Model 4506 .45 caliber handgun bearing serial number VAS0598 and all ammunition.

A TRUE BILL:

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
Rick Calvert
Assistant United States Attorney
Texas State Bar No. 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
Email: rick.calvert@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DARRIN RUBEN LOPEZ

INDICTMENT

18 U.S.C. § 924(b)
Transportation of a Firearm in Interstate or Foreign Commerce
with Intent to Commit a Felony Offense
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this 25 day of March, 2021.

-------------------------------------------------------------

**Warrant to be Issued**

-------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number 3:21-MJ-00059-BT