United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of
U.S. Magistrate Judge David L. Horan

214/753-2400

March 26, 2021

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    No. 3:21-cr-122-M, *USA v. Lopez*

Dear Ms. Mitchell:

      Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced case to another magistrate judge for any matters that may be referred going forward in accordance with the usual procedure.

                      Sincerely,

                      David L. Horan

cc:    Chief Judge Lynn